# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra L. Suttle,<br><br>    Plaintiff,<br><br>    v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:20-cv-10722-DMG-PD<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND FOUR-HUNDRED FIFTY DOLLARS and 00/100 ($7,450.00) as authorized by 28 U.S.C. § 2412 and no costs pursuant to 28 U.S.C. § 1920 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: December 20, 2021

_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE